JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| COLONY NATIONAL INSURANCE COMPANY, a Virginia corporation,<br><br>    Plaintiff,<br><br>v.<br><br>SUDHAKAR COMPANY INTERNATIONAL, a California corporation, and AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, an Alaska corporation,<br><br>    Defendants. | SACV08-01397 JVS (RNBx)<br><br>**ORDER OF JUDGMENT**<br><br><br><br>Original Copy |

    This matter came before the Court on Plaintiff Colony National Insurance Company's ("Colony") Motion for Judgment on the Pleadings as to Count 19, for Declaratory Judgment, against Defendant Sudhakar Company International ("Sudhakar"). For the reasons set forth in the Civil Minutes filed herein as Document No. 22 on May 18, 2009, the Plaintiff's Motion for Judgment on the Pleadings is GRANTED. Accordingly, Judgment is entered as follows:

**ORDER OF JUDGMENT**

Pursuant to the contract between Highland Construction, Inc. ("Highland") and Sudhakar, Defendant Sudhakar has an existing and immediate duty to defend Highland in the following underlying actions: *Jack Porter and Jacqueline Porter v. State of California, County of Inyo, Highland Construction, Inc., Sudhakar Company, Int., and Smith & Sons*, Inyo County Superior Court No. SICVCV07-44609; *Maria Del Carmen Arenas v. State of California, County of Inyo, Highland Construction, Inc., Sudhakar Company, Int., and Smith & Sons*, Inyo County Superior Court No. SICVCV07-44673; and, *Felix Deunas and Josee LaTreille v. State of California, County of Inyo, Highland Construction, Inc.,* Inyo County Superior Court No. SICVCV07-43504.

DATED:   June 8, 2009

_____
THE HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

**ORDER OF JUDGMENT**